UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Patrick J. Gloss and Meghan E. Gloss, Debtor | Chapter: 13<br>Case No: 19–41239<br>Judge Christopher J. Panos |

## ORDER REGARDING ELECTRONICALLY FILED DOCUMENT

The Court has made an entry on the docket disregarding a document you filed on **JUNE 12, 2020** docket number **24 & 29** in the above referenced case. Expedited action is required to address this problem.

Unless otherwise indicated, you are hereby **ORDERED** to file electronically the required document(s) listed below within two (2) business days of the date of this order.

☐ **Document has the wrong PDF image, is out of order, incorrectly oriented (landscape), and/or is unreadable.** File with the correct and readable PDF using the original event.

☐ **Document is titled incorrectly.** File with the correct title.

☐ **Document docketed using wrong event.** File using the correct event.

☐ **Document is docketed in the wrong case or the caption is incorrect.** Check the case number and caption and file a corrected document in the proper case.

☐ **Document is unsigned or information is missing.** Registered ECF users may sign "/s/YOUR NAME". Non–Registered ECF users **must** provide a scanned original signature. Check your PDF document for signature(s) and file a corrected document.

☐ **Documents should have been filed as separate documents.** File all items using the following separate docketing events.

☐ **The amount disclosed to the Court on the docket is inconsistent with the amount reported in Director's Form 2030 Disclosure of Compensation of Attorney for Debtor.** File an Amended Disclosure of Compensation or otherwise correct or clarify the discrepancy.

☒ **ECF filer and signature on the document do not match.** File a corrected document. *See MLBR Appendix 8, Rule 8(a)*.

☐ **Incorrect Chapter 13 Plan form was filed.** The document will be disregarded. File the correct form within seven (7) days of this Notice. *See MLBR Official Local Form 3*.

☐ **Other:**

**FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN FURTHER COURT ACTION INCLUDING BUT NOT LIMITED TO, DENIAL OF REQUESTED RELIEF OR DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE.**

Date: 6/15/20

By the Court,

Alberto Barrera
Deputy Clerk
508–770–8932

30 – 24, 29